# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Edgar Omar Gonzalez-Mariscal,<br>a.k.a.: Edgar Omar Gonzalez M.,<br>a.k.a.: Edgar Omar Gonzalez Mariscal,<br>(A089 958 523)<br>*Defendant* | Case No. 17-63220MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Edgar Omar Gonzalez-Mariscal, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16, 2017

_____
*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 14, 2017, Edgar Omar Gonzalez-Mariscal was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Gonzalez-Mariscal was examined by ICE Officer B. Hall who determined Gonzalez-Mariscal to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 15, 2017, Gonzalez-Mariscal was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gonzalez-Mariscal was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Edgar Omar Gonzalez-Mariscal to be a citizen of Mexico and a previously deported criminal alien. Gonzalez-Mariscal was removed from the United States to Mexico at or near Del Rio, Texas, on or about March 21, 2011, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Gonzalez-Mariscal in any Department of Homeland

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Mariscal's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Edgar Omar Gonzalez-Mariscal was convicted of Re-Entry of Removed Alien, a felony offense, on August 30, 2010, in the United States District Court, District of Arizona. Gonzalez-Mariscal was sentenced to thirteen (13) months' imprisonment and three (3) years' supervised release. Gonzalez-Mariscal's criminal history was matched to him by electronic fingerprint comparison.

5. On August 15, 2017, Edgar Omar Gonzalez-Mariscal was advised of his constitutional rights. Gonzalez-Mariscal freely and willingly agreed to provide a statement under oath. Gonzalez-Mariscal stated that his true and complete name is Edgar Omar Gonzalez M., and that he is a citizen of Mexico. Gonzalez-Mariscal stated that he illegally entered the United States "4-5," through "Nogalez," without inspection by an immigration officer. Gonzalez-Mariscal further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 14, 2017, Edgar Omar Gonzalez-Mariscal, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having

been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 16th day of August, 2017.

David K. Duncan,
United States Magistrate Judge